

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 24 2022

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

MICHAEL RAY FORBES
REG. NO. 13302-078
FMC FORT WORTH
P.O. BOX 15330
FORT WORTH, TEXAS 76119
(817) 534-8400

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL RAY FORBES,<br>    PLAINTIFF,<br><br>V.<br><br>R. ZOOK, WARDEN, FCI SEAGOVILLE;<br>UNITED STATES OF AMERICA;<br>FEDERAL BUREAU OF PRISONS; AND<br>F.J. GARRIDO, WARDEN,<br>FMC FORT WORTH; INDIVIDUALLY AND<br>IN THEIR OFFICIAL CAPACITIES,<br>         DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

3-22CV0687-E

CASE NO. _____

## COMPLAINT FILE PURSUANT TO THE FEDERAL TORT CLAIM ACT

**I.   PARTIES:**

Plaintiff [Michael Ray Forbes] is currently an inmate residing at the above listed address: FMC Fort Worth, P.O. Box 15330, 3150 Horton Road, Fort Worth, Texas 76119.

Defendants [R. Zook, Warden, FCI Seagoville, custodian] and [Federal Bureau of Prisons] is substituted for the Attorney General of the United States, under their care, and [F.J. Garrido, Warden FMC Fort Worth, custodian] for the willful and negligence of an officer or employee of the United States Government, United States Department of Justice, Bureau of Prisons acting within the scope of employment loss of $2,090.00 worth of personal property of the Plaintiff.

1

## II.   JURISDICTION:

Plaintiff, Michael Ray Forbes is a former inmate confined at the Federal Prison Camp in Seagoville, Texas, which is located in the United States District Court, Northern District of Texas, Dallas Division.  Jurisdiction is proper under the Federal Tort Claim Act (FTCA) pursuant to 28 U.S.C. § 1346. Plaintiff also invokes the jurisdiction under 28 U.S.C. § 2671-2680, and 28 U.S.C. § 1346(b)(1).

To successfully sue under the FTCA, a claim must be: (1) against the United States; (2) for money damages; (3) for injury or loss of property, or personal injury or death; (4) caused by negligent or wrongful act or omission of any employee of the federal government; (5) while acting within the scope of his or her employment; and (6) under circumstances where the United States, if a private person, would be liable to the plaintiff in accordance with the state law where the act or omission occurred.  28 U.S.C. § 1346(b); FDIC v. Meyer, 510 U.S. 471, 477-78 (1994).[1]

## III. COMPLAINT:

1.   Forbes, the plaintiff, while under the custody and control of the United States and R. Zook, Warden, FCI Seagoville, Texas, was placed in transfer status to the Federal Prison Camp, El Reno, Oklahoma.  In May 2020, the Federal Prison Camp, Seagoville, Texas packaged up six boxes of Forbes' personal property, and mailed them to FMC

---

[1] Plaintiff invokes the pendant jurisdiction over Defendants Zook, Garrido, Bureau of Prisons under Bivens, through §1331, §1346.

2

Fort Worth, Texas   (See, Exhibit 1).

2.   Upon Forbes' arrival to the FMC Fort Worth facility, only
     two boxes of his personal property arrived.   (See, Exhibit
     2).

3.   Forbes is missing $2,090.00 worth of his personal property,
     in which he has filed all available administrative remedies
     to discover, locate, and have returned back to him his
     personal property.

4.   Through willful conduct of theft, deceit, or negligence,
     staff at the Federal Prison Camp in Seagoville, Texas has
     either stolen, destroyed or negligently lost $2,090.00
     worth of Forbes' personal property.   See, Ex. 1 and Ex. 2.[2]

5.   The loss of Forbes' property occurred between the Federal
     Prison Camp, Seagoville, Texas and the Federal Medical
     Center, Fort Worth, TX, both in the northern Disrtict of
     Texas.

6.   Forbes is entitled to be reimbursed by the United States
     for the loss of his property.

IV.   **EXHAUSTION OF ADMINISTRATIVE REMEDY**

1.   Forbes filed his administrative Tort Claim pursuant to
     FTCA, and it was assigned number TRT-SCR-2021-03476 on his
     loss of property on August 16, 2021, and on January 24,
     2022 the Regional Counsel for the BOP denied the request.
     Forbes requested reconsideration, (twice), and the Regional

---

2 Forbes has also filed a 28 U.S.C. §2241 to this Court for the
violations of his rights, and erroneous disciplinary hearing
procedures and acts of staff.

Counsel for the BOP denied his request for relief.

2.    Forbes has exhausted all available requests for administrative remedy.  See, Exhibit 3.

## CUMALATION

This request is straight-forward.  The United States on August 16, 2021 clearly states:  "Investigation into this matter reveals six boxes of your property were mailed to and received at FMC Fort Worth."  (Ex. 2).  However, on August 24, 2021, FMC Fort Worth staff clearly states:  "An email has been sent to FCI-SEA to inquire about any additional boxes of property.  You have received 2 boxes of property...".  (Ex. 2).

By the staff of the United States, they have <u>admitted</u> that four (4) boxes of Forbes' personal property is lost, and were not received from the Federal Prison Camp in Seagoville at the receiving facility, i.e., FMC Fort Worth.

## RELIEF SOUGHT

Mr. Forbes requests of the Honorable Court to issue an Order that the United States and/or its employees and agency shall be held liable to him for the loss of his property and reimburse Forbes $2,090.00 within 15 days from the issuance of the Order.

Executed on this, the 16th day of March, 2022 in Fort Worth, Texas pursuant to the penalty of perjury.

4

Respectfully Submitted,

Michael Ray Forbes, pro se
Reg. No. 13302-078
FMC Fort Worth
P.O. Box 15330
3150 Horton Road
Fort Worth, TX 76119

## CERTIFICATE OF SERVICE

On this, the ___21^st___ day of March, 2022 the following was
hand-delivered to staff pursuant to <u>Houston v. Lack</u>, 487 U.S.
266, 270-71 (1988) for copying and mailing per certified mail to
the following:

Clerk of the Court                           7021 1970 0000 4499 3602
United States District Court
Northern District of Texas
1100 Commerce Street, Suite 1452
Dallas, Texas 75242
(2 copies)

Michael Ray Forbes, pro se
Reg. No. 13302-078
FMC Fort Worth

# APPENDIX 1



**U.S. Department of Justice**
Federal Bureau of Prisons
*South Central Region*

_____

*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

JAN 24 2022

Michael Forbes, Fed. Reg. No. 13302-078
FMC Ft. Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

Re:     Administrative Claim No. TRT-SCR-2021-03476

Dear Mr. Forbes:

Your claim has been reconsidered for administrative settlement under 31 U.S.C. §3723. This statute provides for payment of claims for alleged property loss which is determined to have been "caused by the negligence of an officer or employee of the United States Government acting within the scope of employment."

You claim government liability in the amount of $2,090.00 due to alleged loss of personal property occurring when you transferred from FCI Seagoville to FMC Fort Worth in December 2020. Investigation into this matter reveals six boxes of your property were mailed to and received at FMC Fort Worth. You did not provide any evidence to demonstrate any compensable loss of personal property caused by the wrongful or negligent act or omission of any employee of the United States acting within the scope of his or her employment. Therefore, your claim is denied.

There is no provision for judicial review of claim determinations made under 31 U.S.C. §3723. However, if you are dissatisfied with this decision, you may request reconsideration of your claim. A request for reconsideration must be submitted in writing and received in this office within three months of the date of this letter. You must include additional evidence of the alleged damage or loss to support your request for reconsideration.

Sincerely,

C. E.       Digitally signed
            by C. E. Geller
Geller       Date: 2022.01.18    for
            17:22:13 -06'00'
Jason A. Sickler
Regional Counsel

cc:  K. Zook, Warden, FCI Seagoville

August 23, 2021                          Sent via Certified mail
                                          article no.
                                          7017-0190-0000-7838-6816

Mr. Jason A. Sickler
Regional Counsel
Federal Bureau of Prisons
South Central Region
344 Marine Forces Drive
Grand Prairie, TX 75051

RE:  Administrative Claim No. TRT-SCR-2021-03476

Dear Mr. Sickler:
        I am requesting reconsideration of the August 16, 2021
decision to deny my Tort claim for loss of property in the
amount of $2,090.00.  You mention that an investigation revealed
that six boxes of my property were mailed to and received at FMC
Fort Worth.  (Exhibit 1).

        However, on February 24, 2021 at 1300, the staff at FMC
Fort Worth "only delivered to me two boxes of my personal
property".  (Exhibit 2).

        A prison guard has the authority and the ability to
directly and significantly influence inmates' lives and the
entire facilities safety with the decisions he or she makes.
United States v. Guzman, 383 F. Appx. 493, 494 (5th Cir. 2010).

        Here, the staff failed to follow BOP Program Statement
5800.18, Section 401 - that inmates personal property shall be
inventoried and a BP-A383 form shall be completed, and signed
off by the BOP staff member.  Therefore, if you say six boxes of
my personal property was inventoried and mailed from Seagoville
to Fort Worth, then why did I only receive two boxes?

        Under Section 403, of Program Statement 5800.13, it clearly
states: a log book is kept at R&D to document incoming personal
property.  As Exhibit 2 clearly shows, on November 30, 2020 at
11:10 am., a Seagoville staff member completed an inventory of
my personal property.  Also, Ex. 2, shows where on December 2,
2020 another Seagoville staff member completed an inventory of
my personal property at 6:30 am.  Both times I was not present.
However, on February 24, 2021, the same officer at FMC Fort
Worth and I inventoried my two boxes of property (which was all
I received), and we both signed off on my receiving the
property.  Where are the other four boxes of property?  See,
Guzman, at 494.

        Under Section 403, the FMC Fort Worth staff followed the
incoming property - "When the property is issued and
verification of contents is made, the inmate signs the bottom of
the record to acknowledge receipt".  See, Exhibit 3.  Where are
the other four boxes?  Program Statement clearly states, if the

inmate refuses to sign, the inventory officer and an additional staff member witness, sign, and date the form, indicating the inmate's refusal".  (Ex. 3 at § 403).

Further, upon my checking the log book in R&D, only two boxes were received, inventoried, and delivered to me on February 24, 2021.  Where are the other four boxes?  Guzman, at 494.

Further, under Section 404, R&D is required to have a stored property area, where all inmates personal property shall be stored.  When I got to R&D, my two boxes were inside a cage where all inmates utilize, and I was told to start going through my property (two boxes), and the officer and I checked off what was received.  I signed the two forms (Ex. 2) and took my property and left R&D.

Under Section 406, all outgoing property shall be logged in the outgoing property shipping book.  (Ex. 3, § 406).  Each box must be logged into the outgoing property shipped.  Therefore, if six boxes were shipped, six boxes should have been received. Still yet, only two boxes were received and $2,090.00 worth of my property is missing.  Guzman, at 494.  (Exhibit 4).

When transferring to a prison medical facility, my personal property must arrive at the medical facility within 72 hours. PS 5800.18, Section 408.

I was first told that my property from FPC Seagoville was sent to FPC El Reno, and it apparently stayed there for two months.  So, between FPC Seagoville, FPC El Reno and FMC Fort Worth, four of my boxes and $2,090.00 of my property is missing. Guzman, at 494.

Further, as USP Atlanta is currently experiencing, four senior officers and one wage supervisor have been barred from the USP in Atlanta, and not allowed under any circumstances for being not on the "up and up", - they were "dirty officers and staff", bringing in contraband and theft of property.  See, Atlanta Journal-Constitution, Atlanta federal pen nearly vacant amid corruption investigation (Aug. '20).  Again, what happened to my four other boxes of personal property?  "Corruption by prison staff has had dire effects...;" such as the theft of my four boxes.  See, Guzman, at 494.  See, also United States v. McCowan, 464 Fed Appx 213, 214-217 (5th Cir. 2010); United States v. Castillo-Chairez, 423 Fed. Appx. 361, 362 (5th Cir. 2011).  Since, prison official/staff had my personal property, and now four boxes and $2,090.00 worth of my personal property is lost, stolen, or conspired to let an inmate take/steal my property.  Id.  See, also United States v. Zamora, 982 F.3d 1080, 1084 (7th Cir. 2020).

Under Ali v. Federal Bureau of Prisons, 552 U.S. 214, 218, 227-28 (2008)(holding a Bureau of Prisons guard is a "law

2

enforcement officer" under the Federal Tort Claims Act.)

     Therefore, the prison officers/guards theft of my four
boxes of property is governed by the Federal Tort Claims Act,
and under your immediate authority.  A request is hereto made to
investigate and determine which corrupt guard(s) stole my
$2,090.00 worth of personal property, and I am hereto requesting
full reimbursement.

                              Respectfully Submitted,


                              Michael Ray Forbes
                              Reg. No. 13302-078
                              FMC Fort Worth
                              P.O. Box 15330
                              Fort Worth, TX 76119


cc:  Office of the Inspector General        7002 3150 0000 9050 2394
     1200 New Jersey Ave. SW
     Washington, DC 20590

     File

3

**U.S. Department of Justice**
Federal Bureau of Prisons
*South Central Region*

AUG 1 6 2021                                    *344 Marine Forces Drive*
                                               *Grand Prairie, Texas 75051*

Michael Forbes, Fed. Reg. No. 13302-078
FMC Ft. Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

Re:      Administrative Claim No. TRT-SCR-2021-03476

Dear Mr. Forbes:

Your claim has been investigated and considered for administrative settlement under 31 U.S.C. §3723. This statute provides for payment of claims for alleged property loss which is determined to have been "caused by the negligence of an officer or employee of the United States Government acting within the scope of employment."

You claim government liability in the amount of $2,090.00 due to alleged loss of personal property occurring when you transferred from FCI Seagoville to FMC Fort Worth in December 2020. Investigation into this matter reveals six boxes of your property were mailed to and received at FMC Fort Worth.

Based on the foregoing, there is no indication you have sustained any compensable loss of personal property caused by the wrongful or negligent act or omission of any employee of the United States acting within the scope of his or her employment. Therefore, your claim is denied.

There is no provision for judicial review of claim determinations made under 31 U.S.C. §3723. However, if you are dissatisfied with this decision, you may request reconsideration of your claim. A request for reconsideration must be submitted in writing and received in this office within three months of the date of this letter. You must include additional evidence of the alleged damage or loss to support your request for reconsideration.

Sincerely,

*A. Miller*  for
Jason A. Sickler
Regional Counsel

cc:  K. Zook, Warden, FCI Seagoville

**U.S. Department of Justice**
Federal Bureau of Prisons
*South Central Regional Office*

*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

Official Business
Penalty for Private Use $300



Michael Forbes, Fed. Reg. No. 13302-078
FMC Ft. Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX  76119

76119$0330 B003

BP-A0943   **Small Claims for Property Damage or Loss (31 U.S.C. § 3723)**
MAR 18
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| 1. Location where the property loss or damage occurred:<br><br>Between FPC Seagoville and FMC Fort Worth | 2. Name, address of claimant(Register number, street, city, state, and zip code):<br><br>Michael Ray Forbes, 13302-078<br>FMC Fort Worth<br>P.O. Box 15330<br>Fort Worth, Texas 76119 |
|---|---|
| 3. Date and Day of Incident:<br><br>March 13, 2020  through February 24, 2021 | 4. Time: (A.M. or P.M.):<br><br>11:00 am |

5. **Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):**

   Items purchased from commissary that are highlighted on the attached commissary sales receipt totaling $1,146.05.  Wedding rings with a value of $300,00; Necklace with a value of $50.00; legal documents with a value of $300.00; personal pictures that are irreplacable with a value of $100.00; eye glasses with a value of $200.00 for a total claim of $2,096.0

6. **Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness):**

   Staff at Seagoville and staff at FMC Fort Worth

7. **Amount of Claim for Damage to, or loss of, privately owned property  (in dollars) (Sum Certain Amount - Total Amount Of Claim):**
   $2,090.00

8. **MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED**

   I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date<br>February 26, 2021 |
|---|---|

*PDF*                                    *Prescribed by PS 5580*

7013 0600 0000 6030 3766

SALES INVOICE ---Personal Inmate Information ---
Seagoville FCI
CAMP

ACCOUNT No. 13302078                 TF48430
FORBES, MICHAEL RAY
02/13/20 Time 06:49:59        TX ID 6253790
                              Receipt# 33

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,508.99

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 5 | BEEF SAUSAGE 24CS | $10.50 |
| 4 | BIC SHAVER TWIN SELECT 72CS | $1.00 |
| 2 | CHEESE RICE 24CS | $3.50 |
| 1 | COTTON SWAB 24CS | $1.10 |
| 1 | DENTAL FLOSS PICKS 48CS | $1.30 |
| 1 | MINCED GARLIC 12CS | $1.25 |
| 3 | MOZZARRELA CHEESE 24CS | $5.40 |
| 1 | MULTIVITAMIN | $3.15 |
| 2 | RAISIN BRAN 12CS | $7.80 |
| 2 | SMOKED OYSTERS 24 CS | $3.20 |
| 3 | THAI SOUP 24CS | $1.95 |
|  | # ITEMS SOLD: 25 |  |
|  | CHARGE 13302078 | $40.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,468.84

                Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information ---
Seagoville FC
CAMP

ACCOUNT No. 13302078      TF48430
FORBES, MICHAEL RAY
01/23/20 Time 07:15:30      TX ID 6232555
     Receipt# 64

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,586.02

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BABY CLAMS SMOKED(CAMP) 24CS | $1.65 |
| 5 | BEEF SAUSAGE 24CS | $10.50 |
| 6 | BICYCLE CARDS 144CS | $19.50 |
| 4 | CHEESE RICE 24CS | $7.00 |
| 1 | CHI CHI FLOUR TORTILLA 12CS | $2.25 |
| 1 | COFFEE-MATE CARMEL 6CS | $4.65 |
| 1 | COLGATE TOOTHBRUSH SOFT 72CS | $0.80 |
| 4 | MOZZARRELA CHEESE 24CS | $7.20 |
| 2 | PLATE BLUE MAYO | $6.10 |
| 2 | SUAVE SHAMPOO & COND 6CS | $5.80 |
| 1 | TASTERS CHOICE (CAMP) 12 CS | $8.85 |
| 10 | WHOLE MCKERL 24CS/4368 PALLET | $10.00 |
| | # ITEMS SOLD: 38 | |
| | CHARGE  13302078 | $84.30 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,501.72

Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information ---
Seagoville, FCI
CAMP

ACCOUNT No. 13302078                    TF48430
FORBES, MICHAEL RAY
12/12/19 Time 07:05:38           TX ID 6188319
                                   Receipt# 35

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,962.22

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 12 | BEEF SAUSAGE 24CS | $25.20 |
| 1 | COFFEE-MATE CARMEL 6CS | $4.65 |
| 1 | HEINZ MUSTARD 8OZ/12CS | $1.15 |
| 2 | HONEY 12CS | $6.00 |
| 2 | JALAPENO PRETZELS 60 CS | $1.70 |
| 2 | PETER PAN CREAMY 12CS | $4.70 |
| 1 | RELISH | $3.25 |
| 2 | ROLLED OATS INSTANT 12CS | $3.90 |
| 8 | SHREDDED BEEF 12 C/S | $25.60 |
| 1 | SUPREMO 24CS ( CAMP ONLY ) | $1.60 |
| 2 | TITOS SASACABELLA PEPPER | $0.80 |
| | # ITEMS SOLD: 34 | |
| | CHARGE 13302078 | $78.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,883.67

                 Fingerprint Verified

Signature

SALES INVOICE — Personal Inmate Information
Seagoville FCI
MAIN

ACCOUNT No. 13302078       TF38235
FORBES, MICHAEL RAY
08/16/18 Time 11:02:30    TX ID 5647466
                  Receipt# 51

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,996.55

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 10 | BEEF SUMMER SAUSAGE 24CS | $16.50 |
| 1 | DEGREE DEO 12 CS | $2.55 |
| 1 | DR. PEPPER 384 SKD/ 2091 | $2.70 |
| 1 | FOLGERS COFFEE 6CS | $6.50 |
| 2 | HOT COCOA 18CS | $3.20 |
| 2 | KEEFE COFFEE F/D 3OZ 24CS | $6.40 |
| 2 | MARSHMALLOW MATEYS 12CS | $5.20 |
| 1 | NIKE KYRIE FLYTRAP | $79.90 |
| 3 | NUTTY BAR 16CS | $5.10 |
| 2 | SHARP CHEDDAR CHEESE 12CS | $7.30 |
| 10 | TURKEY LOGS 24CS | $18.00 |
| 1 | V05 3 IN1 BODY WASH 6 CS | $1.45 |
| | # ITEMS SOLD: 36 | |
| | CHARGE   13302078 | $154.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,841.75

Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information ---
Seagoville, FCI
MAIN

ACCOUNT No. 13302078          TF40698
FORBES, MICHAEL RAY
08/08/18 Time 11:14:35        TX ID 5636790
                              Receipt# 58

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,060.80

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | HAIR FOOD 24CS | $1.20 |
| 2 | ICE CREAM PINT 10CS | $4.00 |
| 1 | NOXEMA 24CS | $1.90 |
| 1 | NYLON BAG  (48CS) | $9.10 |
| 1 | SHORTS 3X | $22.10 |
|   | # ITEMS SOLD: 6 | |
|   | CHARGE   13302078 | $38.30 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,022.50

Fingerprint Verified

Signature

SALES INVOICE – Personal Inmate Information
Seagoville FCI
MAIN
ACCOUNT No. 13302078                    TF38235
FORBES, MICHAEL RAY
07/19/18 Time 07:26:00          TX ID 5614606
                                Receipt# 40

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $604.70

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | BEEF CHATA 24 CS | $16.00 |
| 4 | CHI CHI FLOUR TORTILLA 12CS | $9.00 |
| 2 | GRAPE JELLY 12CS | $4.60 |
| 1 | ICE CREAM PINT 10CS | $2.00 |
| 6 | JAL CREAM CHEESE 184/CS | $3.90 |
| 3 | JULIOS CORN CHIPS 12CC | $6.60 |
| 2 | KEEFE COFFEE F/D 3OZ 24CS | $6.40 |
| 5 | MOZZARELLA CHEESE 48 CS | $8.00 |
| 2 | PAPA TUB PORK SKINS 18CC | $2.30 |
| 5 | REESES PIECES 324/CS | $4.50 |
| 2 | SHARP CHEDDAR STYLE | $3.60 |
| 4 | STRAWBERRY DUPLEX 12 CS | $4.80 |
| 7 | SUMMER SAUSAGE-OBRIENS 40CS | $12.60 |
| 1 | WOLVERINES - BROWN X-WIDE | $75.15 |
| 9 | WONKA TAFFY 12/CS | $9.45 |
|  | # ITEMS SOLD: 58 |  |
|  | CHARGE   13302078 | $168.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $435.80

Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information ---
Seagoville FCI
CAMP
ACCOUNT No. 13302078   TF48430
FORBES, MICHAEL RAY
03/05/20 Time 07:10:02  TX ID 6275553
         Receipt# 79

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,397.29

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | BEEF SAUSAGE 24CS | $2.10 |
| 1 | HAMMERHEAD LIGHT 6CS | $19.45 |
| 1 | JALAPENO CHIPS 16CS | $1.30 |
| 1 | SALSA 12/CS | $2.05 |
| 1 | TASTERS CHOICE (CAMP) 12 CS | $8.85 |
| | # ITEMS SOLD: 5 | |
| | CHARGE 13302078 | $33.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,363.54

Fingerprint Verified

Signature

SALES INVOICE - Personal Inmate Information
Seagoville FCI
CAMP
ACCOUNT No.  13302078                TF48430
FORBES, MICHAEL RAY
02/20/20 Time 07:40:56          TX ID 6260831
                                       Receipt# 95

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $1,412.24

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | DEGREE DEO 12 CS | $2.35 |
| 1 | DORITOS NACHO CHEESE 8CS CAMP | $2.40 |
| 1 | GAIN LDRY DET 6CS (CAMP ONLY) | $5.85 |
| 1 | PETER PAN CREAMY 12CS | $2.35 |
| | # ITEMS SOLD:  4 | |
| | CHARGE   13302078 | $12.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,399.29

            Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information ---
Seagoville FCI
CAMP
ACCOUNT No. 13302078          TF48430
FORBES, MICHAEL RAY
02/14/20 Time 14:04:52      TX ID 6255485
                            Receipt# 3

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,465.64

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CARMEX 12CS | $1.50 |
| 1 | CHI CHI FLOUR TORTILLA 12CS | $2.25 |
| 3 | DORITOS NACHO CHEESE 8CS CAMP | $7.20 |
| 1 | FOLGERS COFFEE 6CS | $6.50 |
| 1 | GIARDINEA MIX 12CS | $4.10 |
| 2 | HONEY 12CS | $6.00 |
| 1 | OLIVE OIL 12C | $4.90 |
| 1 | PLATE BLUE MAYO | $3.05 |
| 1 | SUAVE SHAMPOO & COND 6CS | $2.90 |
| 2 | TIDE 6CS ( CAMP ONLY ) | $15.00 |
| | # ITEMS SOLD: 14 | |
| | CHARGE   13302078 | $53.40 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,412.24

Fingerprint Verified

Signature

SALES INVOICE - Personal Property Information
. Seagoville FCI
CAMP
ACCOUNT No.  13302078                    TF24603
FORBES, MICHAEL RAY
11/21/19 Time 07:06:34          TX ID 6163819
                                            Receipt# 36

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,916.66

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | APPLE ZINGERS 12 CS | $2.85 |
| 2 | BIC SHAVER TWIN SELECT 72CS | $0.50 |
| 1 | CAJUN STYLE RICE | $2.45 |
| 1 | CHI CHI FLOUR TORTILLA 12CS | $2.25 |
| 2 | CRACKER SNACK 12 CS NEW | $4.80 |
| 1 | EL PATO JALAPENO 20 CS | $1.85 |
| 1 | EQUATE WIPES 12CS | $3.35 |
| 1 | HOT & SWEET SAUCE 12 CS | $2.15 |
| 8 | HOT SPICY CHICKEN SOUP 2880 PL | $4.80 |
| 1 | JALAPENO PEPPERS JAR 12/CS | $2.40 |
| 2 | JALAPENO PRETZELS 60 CS | $1.70 |
| 1 | MISSISSIPPI MUD | $1.15 |
| 5 | MOZZARRELA CHEESE 24CS | $9.00 |
| 1 | MULTIVITAMIN | $3.15 |
| 1 | OXFORD LS TEE 3X | $10.40 |
| 1 | PLATE BLUE MAYO | $3.05 |
| 2 | SEASALT CARAMEL 144CS | $1.90 |
| 5 | SHREDDED BEEF 12 C/S | $16.00 |
| 2 | SOUR CREAM CHIPS 16CS | $2.60 |
| 0 | T SHIRT 3 XL RUSSELL | $0.00 |
| 1 | TEA BAGS  100 CT 12CS | $1.70 |
| 3 | TITOS SASACABELLA PEPPER | $1.20 |
| 1 | VIT - E  12 CS | $6.50 |
|  | # ITEMS SOLD:  44 |  |
|  | CHARGE    13302078 | $85.75 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,830.91

Fingerprint Verified

Signature

SALES INVOICE ---Personal Inmate Information
Seagoville FCI
CAMP
ACCOUNT No. 13302078          TF24603
FORBES, MICHAEL RAY
10/17/19 Time 07:19:41        TX ID 6125165
                              Receipt# 40

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,872.59

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 4 | BABY CLAMS SMOKED(CAMP) 24CS | $7.60 |
| 1 | BEEF SAUSAGE 24CS | $1.95 |
| 1 | BEEF STEW POUCH 24/CS | $2.00 |
| 3 | BIC SHAVER TWIN SELECT 72CS | $0.75 |
| 2 | CHEESE RICE  24CS | $3.50 |
| 1 | CHI CHI CORN TORTILLAS 12 CS | $1.20 |
| 1 | CHILI 24CS | $2.00 |
| 2 | COFFEE MATE VANILLA 12CS | $7.70 |
| 2 | COFFEEMATE CREAMER | $4.70 |
| 2 | COS TUNA 3.0 24CS | $3.00 |
| 2 | DORITOS NACHO CHEESE 8CS CAMP | $4.80 |
| 1 | DR. PEPPER 12 PK / 208 PL | $5.70 |
| 1 | EL PATO JALAPENO 20 CS | $1.85 |
| 1 | GARLIC AND PARMES | $1.85 |
| 6 | GREEN OLIVES | $7.50 |
| 1 | HEINZ MUSTARD 8OZ/12CS | $1.15 |
| 1 | HONEY  12CS | $3.00 |
| 1 | HOT & SWEET SAUCE 12 CS | $2.15 |
| 1 | JALAPENO CHEESE 12CS | $3.65 |
| 5 | KRAFT RANCH 60 CS | $2.00 |
| 1 | KRAFT VELVEETA 12 CS | $3.00 |
| 1 | MINCED GARLIC 12CS | $1.25 |
| 1 | PEACH CRUSH 12PK/ 208 PL | $5.70 |
| 1 | PEPPERONI SLICES 18CS | $2.10 |
| 1 | PETER PAN CREAMY 12CS | $2.35 |
| 2 | PLAIN BAGELS 40 CS | $1.10 |
| 17 | POWDER DONUTS 72CS | $15.30 |
| 5 | REESES CUP 324CS | $4.50 |
| 2 | REFRIED BEANS 24CS | $4.10 |
| 2 | ROLLED OATS INSTANT 12CS | $3.90 |
| 1 | SCISSORS 6CS | $6.70 |
| 1 | SEASON ALL | $3.45 |
| 1 | SHOWER PUFF 50/CS | $0.65 |
| 1 | SUAVE SHAMPOO & COND 6CS | $2.90 |
| 1 | TASTERS CHOICE (CAMP) 12 CS | $8.85 |
| 1 | TOE NAIL CLIPPERS | $1.15 |
| 3 | WHEAT THINS 12/ CS NEW | $4.65 |
| 1 | WYLERS STRAWBERRY | $1.30 |

# ITEMS SOLD: 82
, CHARGE  13302078     $141.00

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,731.59

Fingerprint Verified

Signature