IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MICHAEL RAY FORBES,** § <br> BOP Register No. 13302-078, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> R ZOOK et al., § <br> § <br> *Defendants*. § <br> § | Civil Action No. 3:22-CV-00687-E-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the (i) pleadings; (ii) files and records in this case; (iii) Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 6, 2022—(Doc. 5); (iv) Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 22, 2022—(Doc. 9); and (v) Plaintiff's corresponding objections and "amended complaint"—(Docs. 6, 7, 10).[1] The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in either (i) the Findings, Conclusions, and

---

[1] Plaintiff filed a second complaint on April 21, 2022, which (i) the Clerk marked on the docket as an "amended complaint" and (ii) did not specifically name institutional Defendants. (Doc. 7). This "amended complaint" referred to and incorporated Plaintiff's original complaint—(Doc. 3)—as the "Tort Claim Complaint." As explained in his objections—(Docs. 6 and 10)—it is unclear whether Plaintiff sought to abandon his claims asserted against the institutional Defendants. (*See* Doc 7.) Nevertheless, the United States Magistrate Judge's Findings, Conclusions, and Recommendation and corresponding Supplement resolve all of Plaintiff's claims against all Defendants. (*See* Docs. 5, 9).

Recommendation of the United States Magistrate Judge or (ii) the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds and concludes that both the Findings and Recommendation of the Magistrate Judge and Supplemental Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are collectively accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that (i) the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and (ii) the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

28th day of December, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE